Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Justin L. Carley, Esq.
Nevada Bar No. 9994
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Attorneys for Defendant
*Trump Ruffin Tower I LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SPRADLIN and SHIRLEY SPRADLIN; EMMA ODUCA; SALLY KIM; ELLIOT SPRUNG and DAVID SPRUNG; TDF PROPERTIES, LLC; and KUNIKO ISHIDA; individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP RUFFIN TOWER I LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Trump. | CASE NO. _____<br><br><br><br><br><br>**NOTICE OF REMOVAL** |

TO: William Spradlin, Shirley Spradlin, Emma Oduca, Sally Kim, Elliot Sprung, David Sprung, TDF Properties, LLC and Kuniko Ishida; and

TO: Their attorneys of record.

PLEASE TAKE NOTICE that defendant Trump Ruffin Tower I LLC ("Trump") hereby removes the state action entitled "William Spradlin and Shirley Spradlin; Emma Oduca; Sally Kim; Elliot Sprung and David Sprung; TDF Properties, LLC, and Kuniko Ishida; individually and on behalf of all persons similarly situated v. Trump Ruffin Tower I, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive," Case No. A572059, filed in the Eighth Judicial District Court for the State of Nevada in and for the County of Clark, to this Court. The

removal is based on 28 U.S.C. §§ 1332(d)(1), 1441, 1446, and 1453(b). In support of this Notice, Trump states as follows:

1. On September 22, 2008, Plaintiffs William Spradlin, Shirley Spradlin, Emma Oduca, Sally Kim, Elliot Sprung, David Sprung, TDF Properties, LLC, and Kuniko Ishida ("Plaintiffs") filed a Class Action Complaint in the Eighth Judicial District Court for Clark County, Nevada, on behalf of "hundreds of Class Members." *See* Complaint, attached as Exhibit A, at ¶ 37(a). Plaintiffs allege they were fraudulently induced into purchasing the "air rights" to condominium-hotel room units "as investment securities at the Trump International Hotel & Tower, Las Vegas." *Id.* at ¶ 1. Plaintiffs seek, *inter alia*, damages, rescission of the purchase and sale agreements they signed, civil penalties, and restitution "of the consideration paid" for the hotel condominium units. *Id.* at ¶¶ 10, 56-57, 65-66, and Prayer for Relief ¶¶ 1-13.

2. This Court has original jurisdiction over this proposed class action under 28 U.S.C. § 1332(d), the Class Action Fairness Act of 2005 ("CAFA"), because plaintiffs have filed a civil action under the state equivalent of "rule 23 of the Federal Rules of Civil Procedure," 1332(d)(1)(B), in which: (a) the number of plaintiffs in the putative class is more than 100; (b) the matter in controversy exceeds the aggregate sum of $5,000,000; (c) there is minimal diversity between Plaintiffs and defendant Trump; and (d) Trump is not a governmental entity. *See* 28 U.S.C. § 1332(d)(2),(5)(A)-(B),(8); *Serano v. 180 Connect, Inc.*, 478 F.3d 1018, 1021 (9th Cir. 2007) (discussing the jurisdictional requirements of 28 U.S.C. § 1332(d)). Specifically:

3. Plaintiffs estimate that there are "*hundreds* of Class Members, geographically spread out throughout the United States." *See* Complaint at ¶ 37(a) (emphasis added). The proposed class consists of Plaintiffs and all individuals who made a deposit to purchase one or more of the hotel condominium units in the Trump International Hotel & Towers. *Id.* at ¶ 36.

4. Plaintiffs seek to certify a class under Nevada Rule of Civil Procedure 23, the

state equivalent of Federal Rule of Civil Procedure 23.[1] *Id.*

5. At least one plaintiff is diverse from one defendant as required under 28 U.S.C. § 1332(d)(2)(A). For example, Plaintiffs allege that Plaintiff Elliott Sprung is a Florida citizen, that plaintiff Emma Oduca is a California citizen, and that Plaintiff Sally Kim is an Illinois citizen. *Id.* at ¶¶ 14-16. Trump is, and was at the time this action was commenced, a Delaware limited liability company, with its principal place of business in Las Vegas, Nevada. Does 1 through 100 are named and sued fictitiously, and as a matter of law, their citizenship is disregarded for purposes of removal on grounds of diversity jurisdiction. 28 U.S.C. § 1441(a).

6. The matter in controversy exceeds the aggregate sum of $5,000,000.00 exclusive of interest and costs, because the estimated "hundreds of Class Members" seek damages "in excess of $50,000 *per plaintiff.*" *See* Complaint at Caption and ¶ 33 (emphasis added). Plaintiffs seek rescission of their contracts and restitution of their down payments, which range from $113,000.00 to one $156,000.00 per hotel condominium unit. *Id.* at ¶¶ 27-32. In addition, Plaintiffs seek civil penalties under NRS 90.640 "of not more than $2,500 for a single violation or $100,000 for multiple violations." *Id.* at ¶ 57 and Prayer for Relief ¶ 5, and punitive damages, Prayer for Relief ¶ 6. Plaintiffs also seek damages for each Plaintiff who no longer owns the Securities in the amount that would be recoverable upon a tender less the value of the Securities when the Plaintiff disposed of it, plus legal interest at the legal rate of this State from the date of disposition of the Securities, costs and reasonable attorney's fees. *Id.* at Prayer for Relief ¶ 13.

7. Venue is appropriate in the unofficial Southern Division of this Court under 28 U.S.C. §§ 1391(b), 1441(a), and 1446(a), and LR IA 6-1. This action was originally filed in the Eighth Judicial District Court for the State of Nevada, Clark County.

---

[1] Trump does not acknowledge that Plaintiffs have properly pled a class action complaint or that the action is properly maintained as a class action.

8. Trump was served with a copy of Plaintiffs' Summons and Class Action Complaint on or about September 29, 2008. *See* Summons, attached as Exhibit B. This Notice is therefore timely filed within thirty days of service, as required by 28 U.S.C. §§ 1446(b).

9. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served on Defendants are attached hereto as follows:

    a. Class Action Complaint, Exhibit A; and

    b. Summons, Exhibit B.

10. In compliance with 28 U.S.C. § 1446(d), Trump is filing a copy of this Notice of Removal with the Clerk of the Eighth Judicial District Court, Clark County, Nevada.

Dated: October 20, 2008.

SNELL & WILMER L.L.P.

By: /s/ Justin L. Carley
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Justin L. Carley, Esq.
Nevada Bar No. 9994
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile (702) 784-5252
Attorneys for Defendant
Trump Ruffin Tower I LLC

## CERTIFICATE OF SERVICE

As an employee of Snell & Wilmer L.L.P., and I certify that I served a copy of the foregoing **NOTICE OF REMOVAL** on the 20th day of October, 2008 by U.S. Mail, postage prepaid, to the following at their last known address:

*Attorneys of Record for Plaintiffs*:

| | |
|---|---|
| Robert D. Gerard, Esq.<br>Ricardo R. Ehmann, Esq.<br>GERARD & ASSOCIATES<br>2840 South Jones Boulevard<br>Building D, Suite #4<br>Las Vegas, Nevada 89146<br>Telephone: (702) 251-0093<br>Facsimile: (702) 251-0094 | Kyle Nordrehaug, Esq.<br>California State Bar No. 205975<br>BLUMENTHAL & NORDREHAUG<br>2255 Calle Clara<br>La Jolla, California 92037<br>Telephone: (858) 551-1223<br>Facsimile: (858) 551-1232 |
| Burton Wiand, Esq.<br>Florida State Bar No. 407690<br>FOWLER WHITE BOGGS BANKER, P.A.<br>501 East Kennedy Blvd.<br>Tampa, Florida 33602<br>Telephone: (813) 228-7411<br>Facsimile: (813) 229-8313 | Jared H. Beck, Esq.<br>Florida State Bar No. 20695<br>Elizabeth Beck, Esq.<br>Florida State Bar No. 20697<br>BECK & LEE<br>Courthouse Plaza Building<br>28 West Flagler Street, Suite 555<br>Miami, Florida 33130<br>Telephone: (305) 789-0072<br>Facsimile: (786) 206-2447 |

/s/ Jeanne Forrest
An Employee of Snell & Wilmer L.L.P.

9198082.1