1 Patrick G. Byrne, Esq.
  Nevada Bar No. 7636
2 Alex L. Fugazzi, Esq.
  Nevada Bar No. 9022
3 Justin L. Carley, Esq.
  Nevada Bar No. 9994
4 SNELL & WILMER L.L.P.
  3883 Howard Hughes Parkway, Suite 1100
5 Las Vegas, NV 89169
  Telephone (702) 784-5200
6 Facsimile (702) 784-5252
  *Attorneys for Defendant*
7 *Trump Ruffin Tower I LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SPRADLIN and SHIRLEY SPRADLIN; EMMA ODUCA; SALLY KIM; ELLIOT SPRUNG and DAVID SPRUNG; TDF PROPERTIES, LLC; and KUNIKO ISHIDA; individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP RUFFIN TOWER I LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Trump. | CASE NO. 2:08-CV-01428-KJD-RJJ<br><br><br><br>**JOINT STATUS REPORT** |

1. Status of Action:

   a. The parties have agreed to stay the matter pending notice of ruling in the Nevada Supreme Court case titled *KJH & RDA Investor Group, LLC et al v. Turnberry/MGM Grand Towers, LLC*. The parties will concurrently file a stipulation and order of stay to that effect with this Joint Status Report.

   b. Pending Motions:

      i. None.

2. Statement by counsel of action required to be taken by this court:

    a. Consider and execute the concurrently filed stipulation and order of stay.

3. Copies of pending motions, responses, and replies and/or other matters which require the attention of this court:

    a. None.

Dated: November 13, 2008.

SNELL & WILMER L.L.P.

By: /s/ Patrick G. Byrne
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Justin L. Carley, Esq.
Nevada Bar No. 9994
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile (702) 784-5252
*Attorneys for Defendant*
*Trump Ruffin Tower I LLC*

Dated: November 12, 2008.

GERARD & ASSOCIATES

By: /s/ Robert D. Gerard
Robert D. Gerard, Esq.
Ricardo R. Ehmann, Esq.
2840 South Jones Boulevard
Building D, Suite #4
Las Vegas, Nevada 89146
Telephone: (702) 251-0093
Facsimile: (702) 251-0094
*Attorneys for Plaintiffs*

- 2 -