Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Justin L. Carley, Esq.
Nevada Bar No. 9994
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
*Attorneys for Defendant*
*Trump Ruffin Tower I LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SPRADLIN and SHIRLEY SPRADLIN; EMMA ODUCA; SALLY KIM; ELLIOT SPRUNG and DAVID SPRUNG; TDF PROPERTIES, LLC; and KUNIKO ISHIDA; individually and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TRUMP RUFFIN TOWER I LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive, <br><br> Trump. | CASE NO. 2:08-CV-01428-KJD-RJJ <br><br><br> **STATUS REPORT AND** <br><br> **STIPULATION AND ORDER OF STAY** <br><br> **SECOND REQUEST** |

### STATUS REPORT

The parties, Plaintiffs, William Spradlin, Shirley Spradlin, Emma Oduca, Sally Kim, Elliott Sprung, David Sprung, TDF Properties, LLC, and Kuniko Ishida (collectively "Plaintiffs") and Defendant, Trump Ruffin Tower I LLC ("Trump"), through their respective counsel, previously agreed and stipulated to stay this case pending the Nevada Supreme Court's decision in *KJH & RDA Investor Group, LLC et al v. Turnberry/MGM Grand Towers, LLC*, a case prosecuted by the same Plaintiffs' counsel in which the Nevada Supreme Court is asked to determine the enforceability of an arbitration clause identical to the clause in the contracts at issue in this case.

The parties agreed and stipulated that if the Nevada Supreme Court did not rule on the issue within 120 days of the stipulation and order on file in this case, the parties would provide this court with a status report, and either submit a second stipulation and order of stay or a stipulated discovery plan.

This Court considered the stipulation and on November 17, 2008 entered an order that:

(1) the case was stayed pending notice of ruling in the Nevada Supreme Court case titled *KJH & RDA Investor Group, LLC et al v. Turnberry/MGM Grand Towers, LLC*; and

(2) if the Nevada Supreme Court had not ruled within 120 days of the order, the parties would provide the court with a status report, and either submit a second stipulation and order of stay or a stipulated discovery plan.

The Nevada Supreme Court heard oral argument on the issue on March 2, 2009, but took the matter under advisement. Plaintiffs' counsel expects a decision on the issue within Ninety (90) days.

## STIPULATION

Based on the above, the parties agree and therefore stipulate to extend the stay entered in this case for an additional Ninety (90) days pending the Nevada Supreme Court's decision in *KJH & RDA Investor Group, LLC et al v. Turnberry/MGM Grand Towers, LLC*.

If the Nevada Supreme Court has not issued its decision within 90 days of this stipulation and order, the parties will provide the court with an additional status report, and either submit a third stipulation and order of stay or a stipulated discovery plan.

Dated: March 13, 2009.

Dated March 11, 2009

| SNELL & WILMER L.L.P. | GERARD & ASSOCIATES |
|---|---|
| Patrick G. Byrne, Esq.<br>Alex L. Fugazzi, Esq.<br>Justin L. Carley, Esq.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Attorneys for Defendant | Robert D. Gerard, Esq.<br>Ricardo R. Ehmann, Esq.<br>2840 South Jones Boulevard<br>Building D, Suite #4<br>Las Vegas, NV 89146<br>Attorneys for Plaintiffs |

## ORDER

**IT IS ORDERED** that this case is stayed pending notice of ruling in the Nevada Supreme Court case titled *KJH & RDA Investor Group, LLC et al v. Turnberry/MGM Grand Towers, LLC*.

**IT IS FURTHER ORDERED** that if the Nevada Supreme Court has not ruled within 90 days of this order, the parties will provide the court with a status report, and either submit a third stipulation and order of stay or a stipulated discovery plan.

**IT IS SO ORDERED.**

Dated: March ____, 2009.

_____
UNITED STATES DISTRICT JUDGE

9633365.1