Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Justin L. Carley, Esq.
Nevada Bar No. 9994
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
*Attorneys for Defendant*
*Trump Ruffin Tower I LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SPRADLIN and SHIRLEY SPRADLIN; EMMA ODUCA; SALLY KIM; ELLIOT SPRUNG and DAVID SPRUNG; TDF PROPERTIES, LLC; and KUNIKO ISHIDA; individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP RUFFIN TOWER I LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Trump. | CASE NO.  2:08-CV-01428-KJD-RJJ<br><br><br><br><br><br><br>**STIPULATION AND ORDER OF STAY** |

### STIPULATION

The parties, Plaintiffs William and Shirley Spradlin, Emma Oduca, Sally Kim, Elliott and David Sprung, TDF Properties, LLC, and Kuniko Ishida (collectively "Plaintiffs") and Defendant, Trump Ruffin Tower I LLC ("Trump"), through their respective counsel, have agreed and therefore stipulate to stay this case pending the outcome of the American Arbitration Association ("AAA") arbitration commenced by Plaintiffs and identified as AAA arbitration no. 11 115 1846 09 ("Arbitration").

The parties agree to inform this Court when the Arbitration is complete by filing a Notice of Ruling in this case.

Dated: January 27, 2010.                SNELL & WILMER L.L.P.

By: _____
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Justin L. Carley, Esq.
Nevada Bar No. 9994
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant
Trump Ruffin Tower I LLC*

Dated: January 27, 2010.                GERARD & ASSOCIATES

By: _____
Robert D. Gerard, Esq.
Ricardo R. Ehmann, Esq.
2840 South Jones Boulevard
Building D, Suite #4
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs*

### ORDER

**IT IS ORDERED** that this case is stayed pending the parties filing a Notice of Ruling in this case upon completion of the Arbitration, AAA arbitration no. 11 115 1846 09.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: February ___, 2010.