Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Justin L. Carley, Esq.
Nevada Bar No. 9994
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252

*Attorneys for Defendant
Trump Ruffin Tower I LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SPRADLIN and SHIRLEY SPRADLIN; EMMA ODUCA; SALLY KIM; ELLIOT SPRUNG and DAVID SPRUNG; TDF PROPERTIES, LLC; and KUNIKO ISHIDA; individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP RUFFIN TOWER I LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO. 2:08-CV-01428-KJD-RJJ<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

Plaintiffs, William and Shirley Spradlin, Emma Oduca, Sally Kim, Elliott and David Sprung, TDF Properties, LLC, and Kuniko Ishida, and Defendant, Trump Ruffin Tower I LLC, agree and therefore stipulate to the following:

1. The Parties have executed Settlement Agreements setting forth the terms and conditions of the settlement between them;

2. The Parties agree and therefore stipulate that this action shall be dismissed with prejudice;

3. The Parties agree and therefore stipulate that they will bear their own attorneys' fees, expenses, and costs associated with this action; and

4. The Parties agree and therefore stipulate that all pending deadlines shall be vacated, all dates shall be removed from the Court's calendar, and all other necessary steps shall be taken to close this action.

Dated: NOVEMBER 18, 2011.    SNELL & WILMER L.L.P.

By: /s/ Patrick G. Byrne
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Justin L. Carley, Esq.
Nevada Bar No. 9994
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant*

Dated: 11/17, 2011.    GERARD & ASSOCIATES

By: /s/ Robert D. Gerard
Robert D. Gerard, Esq.
Ricardo R. Ehmann, Esq.
2840 South Jones Boulevard
Building D, Suite #4
Las Vegas, Nevada 89146

*Attorneys for Plaintiffs*

## ORDER

Based upon the Stipulation of the Parties above:

**IT IS ORDERED** this matter is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the parties shall bear their own attorneys' fees, expenses, and costs associated with this action.

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

Submitted by:

SNELL & WILMER L.L.P.

_____
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Justin L. Carley, Esq.
Nevada Bar No. 9994
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant*

13711557.2